IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MARY DENISE PRYOR,**

    **Plaintiff,**

vs.                                                                         **CAUSE NO. 3:21cv615-HTW-LGI**

**QUALITY RESTAURANT CONCEPTS,
LLC d/b/a APPLEBEE'S
RESTAURANT; AND JOHN DOES 1-5,**

    **Defendants.**

## AGREED ORDER OF DISMISSAL

This matter having come on for hearing on the *ore tenus* motion of the Plaintiff, Mary Denise Pryor and Defendant, Quality Restaurant Concepts, LLC d/b/a Applebee's Restaurant, and the Court being advised that the parties agree to dismiss, without prejudice, this civil action, including the complaint, any counterclaims and any motions to add claims, and the Court hereby finds that this civil action shall be dismissed without prejudice.

IT IS HEREBY ORDERED AND ADJUDGED that this civil action shall be dismissed, without prejudice, including the complaint, any counterclaims and motions to add claims.

SO ORDERED, this the 11th day of August, 2022.

                                           /s/HENRY T. WINGATE
                                           UNITED STATES DISTRICT COURT JUDGE

Agreed:

*/s/ Ann R. Chandler*

Ann R. Chandler, No. 10151 9
Pittman Roberts & Welsh, PLLC
P.O. Box 22985
Jackson, Mississippi 39225-2985
*Attorney for Plaintiff*

*/s/ Wade G. Manor*

Wade G. Manor, No.: 10167
MCANGUS GOUDELOCK & COURIE, LLC
Post Office Box 2955 (39158)
1020 Highland Colony Parkway, Suite 706
Ridgeland, Mississippi 39157
*Attorney for Defendant Quality Restaurant
Concepts, LLC d/b/a Applebee's Restaurant*